# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>MARY JANELLE DITCHING.<br><br>　　　　　　Debtor | Bankr. No 17-15012-TWD<br><br>Adv. Proc. No. 18-01070-TWD |
| MARY JANELLE DITCHING,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; A DELAWARE STATUTORTY TRUST; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, A DELAWARE STATUTORY TRUST; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, A DELAWARE STATUTORY TRUST; STUDENT LOAN SOLUTIONS, LLC; U.S. DEPARTMENT OF EDUCATION; and UNIVERSITY OF WASHINGTON,<br>　　　　　　Defendants. | STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT STUDENT LOAN SOLUTIONS, LLC |

WHEREAS, Plaintiff Mary Janelle Ditching ("Plaintiff") and Defendant Student Loan Solutions, LLC ("SLS") have entered a Settlement Agreement.

WHEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and SLS, and pursuant to FRBP 7041 and FRCP 41(a)(1)(ii), that the above-captioned adversary proceeding is dismissed against SLS, without prejudice, with each party bearing their own fees and costs.

IT IS SO STIPULATED.

Dated this 21st day of December, 2018

| | |
|---|---|
| */s/ Damian P. Richard* | */s/ Richard J. Wotipka* |
| Damian P. Richard (SBN 47837) | Richard J. Wotipka (SBN 12014) |
| *Attorneys for Student Loan Solutions, LLC* | *Attorneys for Mary Janelle Ditching* |

Presented jointly by:

*/s/ Damian P. Richard*
Damian P. Richard (SBN 47837)
SESSIONS FISHMAN NATHAN & ISRAEL LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
(619) 758-1891
*Attorneys for Student Loan Solutions, LLC*

and

*/s/ Richard J. Wotipka*
Richard J. Wotipka (SBN 12014)
BROADWAY LAW GROUP
707 East Harrison
Seattle, WA 98102
(206) 623-2020
rjw@bwseattlelaw.com
*Attorneys for Mary Janelle Ditching*

# # #