UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>MARY JANELLE DITCHING.<br><br>Debtor | Bankr. No 17-15012-TWD<br><br>Adv. Proc. No. 18-01070-TWD |
| MARY JANELLE DITCHING,<br><br>Plaintiff,<br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; A DELAWARE STATUTORTY TRUST; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, A DELAWARE STATUTORY TRUST; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, A DELAWARE STATUTORY TRUST; STUDENT LOAN SOLUTIONS, LLC; U.S. DEPARTMENT OF EDUCATION; and UNIVERSITY OF WASHINGTON,<br><br>Defendants. | STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, AND NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1 |

WHEREAS, Plaintiff Mary Janelle Ditching ("Plaintiff") and Defendants National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2006-1, and National Collegiate Student Loan Trust 2007-1 (collectively

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
Page **1** of **2**

Case 18-01070-TWD    Doc 48    Filed 12/28/18    Ent. 12/28/18 13:08:52    Pg. 1 of 2

"NCSLT") have entered a Settlement Agreement.

WHEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and NCSLT, and pursuant to FRBP 7041 and FRCP 41(a)(1)(ii), that the above-captioned adversary proceeding is dismissed against NCSLT, without prejudice, with each party bearing their own fees and costs.

IT IS SO STIPULATED.

Dated this 28th day of December, 2018

*/s/ Damian P. Richard*  
Damian P. Richard (SBN 47837)  
*Attorneys for NCSLT*

*/s/ Richard J. Wotipka*  
Richard J. Wotipka (SBN 12014)  
*Attorneys for Mary Janelle Ditching*

Presented jointly by:

*/s/ Damian P. Richard*  
Damian P. Richard (SBN 47837)  
SESSIONS FISHMAN NATHAN & ISRAEL LLP  
1545 Hotel Circle South, Suite 150  
San Diego, CA 92108  
(619) 758-1891  
*Attorneys for NCSLT*

and

*/s/ Richard J. Wotipka*  
Richard J. Wotipka (SBN 12014)  
BROADWAY LAW GROUP  
707 East Harrison  
Seattle, WA 98102  
(206) 623-2020  
rjw@bwseattlelaw.com  
*Attorneys for Mary Janelle Ditching*

# # #